# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**ALFRED ELLIOTT**                                                                    **PETITIONER**
Reg # 97965-024

VS.                          NO. 2:07-CV-00127-BD

**T.C. OUTLAW, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas                                                                **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered in favor of the Respondent, T.C. Outlaw and against Petitioner Alfred Elliott. The petition for writ of habeas corpus (docket entry #1) under 28 U.S.C. §2241 is dismissed with prejudice.

IT IS SO ORDERED this 18th day of December, 2007.

_____
UNITED STATES MAGISTRATE JUDGE